IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Lech Nadborski,

Plaintiff(s),

v.

The Receivable Management Services Corporation,

Defendant(s).

Case No. 18 C 5205
Judge Ronald A. Guzman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes           pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: judgment is entered in favor of defendant, The Receivable Management Services Corporation, and against the plaintiff Lech Nadborski.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Ronald A. Guzman on a motion to dismiss.

Date: 11/8/2018

Thomas G. Bruton, Clerk of Court

/s/Imelda Saccomonto , Deputy Clerk